# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A 2012 silver Chevrolet Impala LTZ bearing Kansas license plate 286JZL ("SUBJECT VEHICLE") registered to Travis James MYERS at 7415 West Frazier Lane, Wichita, Kansas ("SUBJECT PREMISES"). The SUBJECT VEHICLE is more fully described below and in Attachment A. | )<br>)<br>) Case No. 21-6104-GEB<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____KANSAS____
*(identify the person or describe the property to be searched and give its location)*:

A 2012 silver Chevrolet Impala LTZ bearing Kansas license plate 286JZL ("SUBJECT VEHICLE") registered to Travis James MYERS at 7415 West Frazier Lane, Wichita, Kansas ("SUBJECT PREMISES"). The SUBJECT VEHICLE is more fully described below and in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before ____8 July 21____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Gwynne E. Birzer, U.S. Magistrate Judge____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 06/24/2021 2:30 pm    _____
                                              *Judge's signature*

City and state: Wichita, Kansas    HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge
                                      *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-6104-GEB | Date and time warrant executed: 6/24/21 @ 3:27 p.m. | Copy of warrant and inventory left with: On table at 7415 W. Frazier Ln. |
| Inventory made in the presence of: SA Kelly Etnier | | |

Inventory of the property taken and name of any person(s) seized:

See attached Receipt for Property and Other Items

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/25/21

*Executing officer's signature*

Jason E. Fuller, ATF S/A
*Printed name and title*

Impala - 286JZL

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

| Page 1 of 1 | Case/Inspection Number | Case/Inspection Title | Office ATF Wichita |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
Travis Meyers

Recipient: *(name, title, address, if appropriate)*
ATF S/A Jason Fuller

Location of Transfer or Seizure: 3900 S. Norman, Wichita, KS ~~7415 W. Frazier Lane~~

Basis for Transfer or Seizure of Items: Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Headlamp with black electrical tape from backseat by Fuller |
| 1 | Store receipt from driver's side door by Fuller |
| 1 | piece of electrical tape, center console by Fuller |
| 1 | piece of electrical tape on floor driver's side by Fuller |
| 1 | yellow flashlight from glove box by Fuller |
| 1 | piece of newspaper from trunk by Etnier |

Nothing Follows

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)* Jason Fuller        Date 6/24/21

Transferred by: *(signature, if appropriate)*   Date

Witnessed by: *(signature)* Kelly D. Etnier    Date 6-24-21

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400. 23
Revised March 2005